UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

United States of America,

    vs.

QUASHON BURTON,

                Defendant.

------------------------------x

21-CR-791 (LAK)

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    Today's CJA duty attorney, Mr. Harvey Fishbein, is appointed to represent defendant Quashon Burton.

DATED: October 27, 2022

                                                    /s/ Lewis A. Kaplan
                                                    Lewis A. Kaplan
                                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-27-22