UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
              :
UNITED STATES OF AMERICA     :
              :   **ORDER**
     -v.-     :
              :
QUASHON BURTON,              :   21 Cr. 791 (LAK)
              :
          Defendant.         :
              :
------------------------------------X

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Ashley C. Nicolas;

It is ordered that, for the reasons stated on the record during a telephonic conference on October 27, 2022, the order setting conditions of release entered in the Middle District of Florida on October 26, 2020, is hereby stayed until 5:00 p.m. on November 3, 2022, pending further order of the Court.

Dated:   New York, New York
         October 27, 2022

         Issued at 3:55 pm

                                    _____
                                    HONORABLE LEWIS A. KAPLAN
                                    UNITED STATES DISTRICT JUDGE