

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 31, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-1-22

**BY EMAIL and ECF**

The Honorable Lewis A. Kaplan
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Quashon Burton*, 21 Cr. 791 (LAK)

Dear Judge Kaplan:

    The Government writes with the consent of defense counsel to seek a short adjournment of the telephonic conference in the above-captioned matter that is currently scheduled for November 2, 2022 at 11:00 am. Due to a scheduling conflict the Government requests a 24-hour adjournment to November 3, 2022 at 11:00 am. A short adjournment will also give the parties additional time to secure the defendant's telephonic appearance from Orange County Jail in the Middle District of Florida. Defense counsel does not object to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: /s/ Ashley C. Nicolas
    Ashley C. Nicolas
    Assistant United States Attorney
    (212) 637-2467

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/1/22