USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/22

RECEIVED
NOV 3 2022
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UNITED STATES OF AMERICA           :
                                   :   **ORDER**
            -v.-                   :
                                   :
QUASHON BURTON                     :   21 Cr. 791 (LAK)
                                   :
            Defendant.             :
                                   :
------------------------------------X

       Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Ashley C. Nicolas;

       It is ordered that, for the reasons set forth in the Government's letter dated October 26, 2022 and stated on the record during a telephonic conference on November 2, 2022, the order setting conditions of release entered in the Middle District of Florida on October 26, 2020, is hereby vacated and the defendant is ordered detained pending trial in the Southern District of New York.

Dated:   New York, New York
          November 3, 2022

                                              HONORABLE LEWIS A. KAPLAN
                                              UNITED STATES DISTRICT JUDGE