UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

QUASHON BURTON,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DATE 2-15-23

**ORDER**

21 Cr. 791 (LAK)

### ORDER ACCEPTING PLEA ALLOCUTION
### BEFORE A UNITED STATES MAGISTRATE JUDGE

Kaplan, J.:

On February 3, 2023, United States Magistrate Judge Jennifer E. Willis presided over the plea allocution in the above captioned matter and reported and recommended that the named defendant's plea of guilty be accepted. The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure. Accordingly, the Court adjudges the defendant guilty of the offense to which the guilty plea was offered. The Clerk is directed to enter the plea.

Dated: New York, New York
         2/15, 2023

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2/15/23